No. 87–1294. CAPE PUBLICATIONS, INC., ET AL. *v.* HITCHNER ET UX. Appeal from Dist. Ct. App. Fla., 5th Dist., dismissed under this Court's Rule 53.

OCTOBER 30, 1989

No. 88–1601. PULLMAN-STANDARD, INC. *v.* SWINT ET AL.; and

No. 88–1602. SWINT ET AL. *v.* PULLMAN-STANDARD, INC., ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Patterson* v. *McLean Credit Union,* 491 U. S. 164 (1989), *Wards Cove Packing Co.* v. *Atonio,* 490 U. S. 642 (1989), and *Owens* v. *Okure,* 488 U. S. 235 (1989). Reported below: 854 F. 2d 1549.

No. — – ——. MILLER ET AL. *v.* FARMERS ALLIANCE MUTUAL INSURANCE CO. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–269. RICE *v.* UNITED STATES. Application for release on bond, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–276. PISELLO *v.* UNITED STATES. D. C. C. D. Cal. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–798. IN RE DISBARMENT OF ZEALY. Disbarment entered. [For earlier order herein, see 492 U. S. 931.]

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of the Special Master for allowance of interim fees and disbursements granted, and the Special Master is awarded $55,936.76 to be paid equally by the parties. [For earlier order herein, see, *e. g., ante,* p. 802.]

No. 109, Orig. OKLAHOMA ET AL. *v.* NEW MEXICO. Interim report of the Special Master received and ordered filed. Motion of the Special Master for allowance of compensation and reimbursement of expenses granted, and the Special Master is awarded $22,200.83, one-third to be paid by each party. [For earlier order herein, see, *e. g.,* 489 U. S. 1005.]

No. 111, Orig. DELAWARE *v.* NEW YORK. Motion of Texas for leave to file an amended complaint in intervention referred to the Special Master. [For earlier order herein, see, *e. g., ante,* p. 915.]